UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PAUL M. DAUGERDAS, | : | |
| Petitioner, | : | |
| -v- | : | **NOTICE OF APPEARANCE** |
| | : | **OF GOVERNMENT COUNSEL** |
| UNITED STATES OF AMERICA, | : | |
| | : | 18-CV-152 (WHP) (BCM) |
| Respondent. | | 09-CR-581 (WHP) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Special Assistant United States Attorneys Stanley J. Okula, Jr., will be appearing as co-counsel for the United States of America in the above-captioned matter.

Dated: February 7, 2018

             GEOFFREY M. BERMAN
             United States Attorney

     By:   /s/ Stanley J. Okula, Jr.
             Stanley J. Okula, Jr.
             Special Assistant United States Attorney
             U.S. Attorney's Office
             One St. Andrew's Plaza
             New York, NY 10007
             (212) 637-1585/(202) 514-2839
             Email: Stan.j.Okula@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on the above date.

By: /s/ Stanley J. Okula, Jr.
Stanley J. Okula, Jr.
Special Assistant United States Attorney
U.S. Attorney's Office
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1585/(202) 514-2839
Email: Stan.j.Okula@usdoj.gov